UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 28 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>UNDER SEAL</u> |
| vs. | No. 25 CR 00693 |
| MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, CATHERINE SHARP, BRIAN STRAW, and JOSELYN WALSH | Judge April M. Perry |

<u>**RESTRICTED DOCUMENT PURSANT TO LR26.2**</u>

Enclosed is the following Under Seal document:

Government's Motion to Unseal Indictment

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Sheri H. Mecklenburg
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn St., Fifth Floor
Chicago, Illinois 60604
(312) 353-5300

Dated: October 28, 2025

# ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MICHAEL RABBITT,<br>KATHERINE MARIE<br>ABUGHAZALEH,<br>ANDRE MARTIN,<br>CATHERINE SHARP,<br>BRIAN STRAW, and<br>JOSELYN WALSH | No. 25 CR 00693<br><br><br><br><br>Judge April M. Perry<br>Magistrate Judge Heather K. McShain |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby moves this Court to unseal the indictment in this case. In support of this motion, the government states as follows:

1. The grand jury returned a sealed indictment in this case on October 23, 2025.

2. The government requested that the indictment be sealed until all defendants were located and notified.

3. All defendants have now been notified will be self-surrendering in lieu of their arrest. Their initial appearance is scheduled for Wednesday, November 5 at 3 pm before Magistrate Judge Heather K. McShain.

4. Given that all six defendants are now aware of the indictment, there is no good reason to keep the indictment under seal.

WHEREFORE, the government respectfully requests that this Court unseal the indictment in this case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Sheri H. Mecklenburg
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn St., Fifth Floor
Chicago, Illinois 60604
(312) 353-5300
