# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Rabbitt, et al.

Defendant.

Case No.: 1:25−cr−00693
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable April M. Perry: Status hearing held 12/4/2025. All defendants were present and each had the assistance of counsel. The parties agree that the Government has tendered two rounds of discovery and that a third round of discovery remains which will be tendered in January. Defense counsel report that there are likely to be pre−trial motions filed regarding discovery and to dismiss the indictment. The next status is to be held 1/28/2026 at 10:30 a.m. in person in Courtroom 1725. Time is excluded through 1/28/2026 pursuant to 18 U.S.C. § 3161(h)(7)(A) as it is in the interests of justice for the defendants to be able to receive and review the discovery and to research and file any appropriate pre−trial motions and that interest outweighs the best interests of the public and the defendants in a speedy trial. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.