## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, CATHERINE SHARP, | ) | |
| BRIAN STRAW, and JOSELYN WALSH | ) | |
| | ) | |
| Defendants. | | |

### NOTICE OF MOTION

To:     All counsel and parties of record on the Clerk's CM/ECF system for this matter.

**Please Take Notice** that on the 28th day of January 2026 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable April M. Perry at 219 South Dearborn, Chicago, Illinois, and present **Defendants' Motion for a Preservation Order**. A copy of said motion is herewith served upon you.

Respectfully Submitted,

/s/ Christopher V. Parente
Christopher V. Parente

**Cheronis & Parente**
140 South Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644
cparente@cheronislaw.com