UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, et al. | No. 25 CR 693<br><br>Judge April M. Perry |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 5, 2026 at 10:00 a.m., the undersigned will appear before the Honorable April M. Perry in Courtroom 1725 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present in the above-captioned matter the Government's Motion for Entry of Protective Order Governing Discovery (Dkt. 75).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Sheri H. Mecklenburg*
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6030