## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00693
Honorable April M. Perry

Michael Rabbitt, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

MINUTE entry before the Honorable April M. Perry: Hearing held 2/5/2026. All defense counsel were present on behalf of their clients. Motions for protective order [65][74][75] are granted in part, consistent with the Court's oral ruling and with the order to follow. Trial in this matter is set for 5/26/2026 at 9:00 a.m. in person in Courtroom 1725. Pre−trial conference to be held 5/13/2026 at 1:00 p.m. Joint proposed statement of the case as well as witness lists, exhibit lists, proposed voir dire, and draft jury instructions are to be filed by 5/5/2026. Motions in limine are to be filed by 4/21/2026; responses to be filed by 4/28/2026. Time is excluded through 5/26/2026 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) to allow for the filing and disposition of pretrial motions, and 18 U.S.C. § 3161(h)(7)(A), as discovery has not been fully tendered yet and the ends of justice are served by allowing Defendants time to receive and review the discovery and those interests outweigh the interests of the public and the defendants in a speedy trial. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.