UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 693 |
| v. | Hon. April M. Perry<br>District Judge |
| MICHAEL RABBITT, et al. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 19, 2026 at 10:30 a.m.,

the undersigned will appear before the Honorable April M. Perry in Courtroom 1725

at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and

present in the above-captioned matter the Motion to Withdraw Counsel.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  */s/Sheri Mecklenburg*
SHERI MECKLENBURG
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 469-6030