UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, ET AL. | No. 25 CR 693<br><br>Hon. April M. Perry<br>District Judge |

**NOTICE OF DESIGNATION OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Nathaniel L. Whalen*
NATHANIEL L. WHALEN
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-4307